DISSENTING OPINION



No. 04-98-00211-CV



TEXAS DEPARTMENT OF PUBLIC SAFETY,


Appellant



v.



Alton Alvis GRIFFITH,


Appellee



Appeal from the County Court at Law No. 7, Bexar County, Texas


Trial Court No. 240421


Honorable H. Paul Canales, Judge Presiding



PER CURIAM

Dissenting opinion by: Sarah B. Duncan, Justice


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: June 16, 1999


 I dissent for the reasons set forth in the dissenting opinion in Mireles v. Texas Dep't of Pub.
Safety, No. 04-97-01007-CV, 1999 WL 300650 (Tex. App.--San Antonio May 12, 1999).


 Sarah B. Duncan, Justice

Do not publish